IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONNSERO, ) | |
| Plaintiff, ) | No. C 06-5493 JSW (PR) |
| vs. ) | ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g) |
| T. VARIZ, et al, ) | |
| Defendants. ) | |

Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983 challenging the actions of prison officials in denying his administrative appeals for various reasons. On February 13, 2007, the Court ordered Plaintiff to show cause why the complaint should not be dismissed based on 28 U.S.C. § 1915(g). In the order, the Court identified the prior cases that constitute applicable prior convictions and informed Plaintiff that he could avoid dismissal by paying the full $350.00 filing fee by the deadline. On March 22, 2007, Plaintiff filed a request for an extension of time to file a response to the Court's order. On April 23, 2007, the Court granted Plaintiff's motion and ordered him to file a response on or before thirty days from that date. Plaintiff has not filed a response.

Therefore, this case is DISMISSED without prejudice to Plaintiff bringing

1  his claims in a paid complaint.  The Clerk shall enter judgment and close the file.

2  IT IS SO ORDERED.

3  DATED:  November 27, 2007        /s/ Jeffrey S. White
                                   JEFFREY S. WHITE
4                                   United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                         2

|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| MICHAEL CONNSERO, | Case Number: CV06-05493 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| T. VARIZ et al, | |
| Defendant._____ / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Connsero H-04102
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: November 27, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk